In the Matter of the Arbitration between JOSEPH KATZ, Respondent-Appellant, and BENJAMIN BURKIN, Appellant-Respondent. (Proceeding No. 1.)

In the Matter of the Arbitration between JOSEPH KATZ, Respondent, and BENJAMIN BURKIN et al., Appellants. (Proceeding No. 2.)

Argued January 7, 1955; decided February 24, 1955.

*Abraham Kaplan* for appellant-respondent and appellants.
*Irving Levine* for respondent-appellant and respondent.

Order affirmed, without costs; no opinion.

Concur: CONWAY, Ch. J., DESMOND, DYE, FULD, FROESSEL, VAN VOORHIS and BURKE, JJ.